# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOPE P. STRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | 7:11CV5008 |
| | ) | |
| V. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD, Corporation, and UNIVERSITY SERVICES, Corporation, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Thomas J. Culhane and Erickson Sederstrom, P.C. have moved the court requesting that they be granted leave to withdraw as counsel of record for Defendant University Services Corporation. Upon the representation that Daniel P. Chesire and the law firm of Lamson, Duggan & Murray, P.C. have entered an appearance on behalf of University Services Corporation, the Motion for Leave to Withdraw as Counsel for Defendant University Services (filing 31) will be granted.

**IT IS ORDERED:**

1. The Motion for Leave to Withdraw as Counsel for Defendant University Services (filing 31) is granted.

2. The Clerk of Court shall terminate the appearance of Thomas J. Culhane and Erickson Sederstrom, P.C. as counsel of record for University Services and shall terminate future notices to Mr. Culhane and Erickson Sederstrom in this matter.

**DATED February 27, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**