IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOPE P. STRADLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | 7:11CV5008 |
| | ) | |
| V. | ) | |
| | ) | |
| **UNION PACIFIC RAILROAD,** | ) | ORDER |
| **Corporation, and UNIVERSITY** | ) | |
| **SERVICES, Corporation,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Charles C. Hallberg has moved the court for an order permitting him to withdraw as counsel for Plaintiff.  (Filing 40.)  Upon the representation that Plaintiff will continue to be represented in this matter, the motion will be granted.

**IT IS ORDERED:**

1.   Charles C. Hallberg's Motion to Withdraw as Attorney (filing 40) is granted.

2.   The Clerk of Court shall terminate the appearance of Mr. Hallberg as Plaintiff's counsel and shall terminate future notices to Mr. Hallberg in this case.

**DATED May 10, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**