# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOPE P. STRADLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | 7:11CV5008 |
| | ) | |
| V. | ) | |
| | ) | |
| **UNION PACIFIC RAILROAD,** | ) | ORDER |
| **Corporation, and UNIVERSITY** | ) | |
| **SERVICES, Corporation,** | ) | |
| | ) | |
| Defendants. | ) | |

Robert E. O'Connor, Jr. has moved the court for an order allowing him to withdraw as counsel for Plaintiff. (Filing 42.) Upon the representation that Plaintiff will continue to be represented in this matter, the motion will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 42) is granted.

2. The Clerk of Court shall terminate the appearance of Robert E. O'Connor, Jr. as counsel for Plaintiff and shall terminate future notices to Mr. O'Connor in this case.

**DATED May 10, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**